# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| JOSEPH BOUTTE | CIVIL ACTION NO. 6:17-01072 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| D.A. 15TH JDC, ET AL. | MAGISTRATE JUDGE PATRICK J. HANNA |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's civil right action is **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted.

**MONROE, LOUISIANA,** this 30th day of November, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE